UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:25-cr-79 |
| v. | ) |
| | ) Judge Atchley |
| | ) |
| | ) Magistrate Judge Dumitru |
| RICHARD ALLEN, SR., | ) |
| also known as "Big Hoss" | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about September 6, 2024, in the Eastern District of Tennessee, the defendant, **RICHARD ALLEN, SR., also known as "Big Hoss,"** did knowingly, intentionally, and without authority possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL

███████████████

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: /s/ Raven D. Austin
Raven D. Austin
Special Assistant United States Attorney

Page 1 of 1